**Neil M. JOHNSON, Plaintiff–Appellant,**

v.

**COMFORT RESIDENTIAL PARTNERS, LLC; et al., Defendants–Appellees.**

**No. 11–15459.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 25, 2012.

Neil M. Johnson, Reno, NV, pro se.

Stephen G. Castronova, Catherine Teague, Castronova Law Offices, PC, Reno, NV, for Defendants–Appellees.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Neil M. Johnson appeals pro se from the district court's judgment dismissing his action challenging construction defects in his now-foreclosed home. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 n. 6 (9th Cir.2004), and we affirm.

The district court properly dismissed Johnson's action for lack of subject matter jurisdiction. First, the court lacked diver-

sity jurisdiction because Johnson and several of the defendants are citizens of Nevada. *See id.* at 1181 (requiring complete diversity of citizenship). Second, the court lacked federal question jurisdiction because Johnson's state law claims neither included a federal right or immunity as an essential element nor raised a substantial federal issue. *See Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1086–87 (9th Cir.2009) (requirements of federal question jurisdiction). Finally, Johnson failed to establish that the federal statutes cited in his complaint served as a source of any substantive federal right to file a civil action. *See Touche Ross & Co. v. Redington*, 442 U.S. 560, 575–76, 99 S.Ct. 2479, 61 L.Ed.2d 82 (1979) (setting forth factors to determine if federal criminal statutes provide implied right to file civil claim); *Anderson v. Warner*, 451 F.3d 1063, 1067 (9th Cir.2006) (42 U.S.C. § 1983 does not grant a substantive right, but only a way to vindicate federal rights elsewhere conferred).

Johnson's remaining contentions are unpersuasive.

Defendants' motion for judicial notice is granted.

Johnson's pending motions are denied.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.